IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-10900
_____


DARLENE JOYCE-CARTER

                        Plaintiff-Appellant

v.

COCHRAN MEMORIAL HOSPITAL

                        Defendant-Appellee

_____

Appeal from the United States District Court
for the Northern District of Texas, Lubbock
(5:99-CV-194)
_____
September 6, 2001

Before KING, Chief Judge, and JOLLY and BENAVIDES, Circuit
Judges.

PER CURIAM:*

    The judgment of the district court is reversed and this case

is remanded for trial.  Reeves v. Sanderson Plumbing Prods.,

Inc., 530 U.S. 133, 150-51 (2000).

    REVERSED and REMANDED.  Costs shall be borne by defendant-

appellee.

--------------------

    *Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.